950

No. 654. TIIDEE PRODUCTS, INC. *v.* INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted.

No. 658. BAREFOOT ET AL. *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA ET AL. C. A. 10th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 669. MUNICIPAL DISTRIBUTOR GROUP *v.* FEDERAL POWER COMMISSION ET AL.;

No. 680. CONTINENTAL OIL CO. ET AL. *v.* FEDERAL POWER COMMISSION;

No. 681. TEXACO INC. ET AL. *v.* FEDERAL POWER COMMISSION;

No. 682. CALIFORNIA CO., A DIVISION OF CHEVRON OIL CO. *v.* FEDERAL POWER COMMISSION;

No. 683. BRADCO PROPERTIES, INC., ET AL. *v.* FEDERAL POWER COMMISSION;

No. 684. COCKRELL *v.* FEDERAL POWER COMMISSION;

No. 685. SUPERIOR OIL CO. *v.* FEDERAL POWER COMMISSON;

No. 691. ASSOCIATED GAS DISTRIBUTORS *v.* AUSTRAL OIL CO. ET AL.; and

No. 692. PUBLIC SERVICE COMMISSION OF NEW YORK *v.* AMERADA HESS CORP. ET AL. C. A. 5th Cir. Motion of United Distribution Companies for leave to file a brief as *amicus curiae* in these cases, except No. 681, granted. Certiorari denied. Reported below: 428 F. 2d 407 and —— F. 2d ——.